SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
JAIME L. PRECIADO, SBN WI 1030911
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELBA T. PADAONG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 07-CV-3719 SC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file his response to plaintiff's motion for summary judgment.[1]  Defendant's response was due by December 17, 2007, pursuant to Civil L.R.16-5.  Defendant's response is now due on January 17, 2008.  This is defendant's first request.

///
///
///
///
///

---

[1] See attached Declaration of Jaime Preciado.

1
2   Dated: *December 17, 2007*          /s/ *Glenn M. Miller*
3                                        (*As authorized via Fax on December 17, 2007*)
                                         GLENN M. MILLER
                                         Attorney for Plaintiff
4
5                                        SCOTT N. SCHOOLS
                                         United States Attorney
6
7   Dated: *December 17, 2007*          By: /s/ *Jaime L. Preciado*
                                         JAIME L. PRECIADO
8                                        Special Assistant United States Attorney
9
10  PURSUANT TO STIPULATION, IT IS SO ORDERED:
11
12
13
14  Dated:    12/18/07                   _____
15                                       SAMU... 
                                         United...
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
2 | LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 | Social Security Administration
JAIME L. PRECIADO, SBN WI 1030911
4 | Special Assistant United States Attorney

5 |     333 Market Street, Suite 1500
    San Francisco, California 94105
6 |     Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELBA T. PADAONG, | ) |
|     Plaintiff, | ) CIVIL NO. 07-cv-3719 SC |
| v. | ) DECLARATION OF JAIME L. PRECIADO |
| | ) IN SUPPORT OF DEFENDANT'S REQUEST |
| MICHAEL J. ASTRUE, | ) FOR EXTENSION OF TIME |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

I, Jaime L. Preciado, declare and state as follows:

    1.    I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

    2.    I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment. On December 17, 2007, Plaintiff's counsel advised that he agreed to allow the undersigned a 30-day extension due to the heavy workload of the undersigned. Plaintiff's counsel agreed to allow Defendant a 30 day extension in order to file the motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on December 17, 2007.

                    By   /s/ *Jaime L. Preciado*
                           Jaime L. Preciado
                           Special Assistant United States Attorney