SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
JAIME L. PRECIADO, SBN WI 1030911
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELBA T. PADAONG, ) | |
|     Plaintiff, ) | CIVIL NO. 07-CV-3719 SC |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file his response to plaintiff's motion for summary judgment.[1] Defendant's response was due by December 17, 2007, pursuant to Civil L.R.16-5. Defendant's response is now due on January 17, 2008. This is defendant's first request.

///

///

///

///

///

---

[1] See attached Declaration of Jaime Preciado.

| | | |
|---|---|---|
| Dated: *December 17, 2007* | /s/ *Glenn M. Miller* | |
| | *(As authorized via Fax on December 17, 2007*) | |
| | GLENN M. MILLER | |
| | Attorney for Plaintiff | |

SCOTT N. SCHOOLS
United States Attorney

Dated: *December 17, 2007*         By: /s/ *Jaime L. Preciado*
                                    JAIME L. PRECIADO
                                    Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:   12/18/07                   _____
                                    SAMUEL CONTI
                                    United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

```
 1  SCOTT N. SCHOOLS, SBN SC 9990
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    JAIME L. PRECIADO, SBN WI 1030911
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone: (415) 977-8943
         Facsimile: (415) 744-0134
 7
    Attorneys for Defendant
 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11
12  MELBA T. PADAONG,              )
                                   )
13           Plaintiff,             )   CIVIL NO. 07-cv-3719 SC
                                   )
14           v.                     )   DECLARATION OF JAIME L. PRECIADO
                                   )   IN SUPPORT OF DEFENDANT'S REQUEST
15  MICHAEL J. ASTRUE,             )   FOR EXTENSION OF TIME
    Commissioner of Social Security,)
16                                 )
             Defendant.             )
17  _____)
18
19  I, Jaime L. Preciado, declare and state as follows:

20      1.   I am an Assistant Regional Counsel in the Office of the General Counsel for the United

21  States Social Security Administration, Region IX.

22      2.   I am requesting a 30-day extension for filing Defendant Commissioner's response to

24  Plaintiff's motion for summary judgment. On December 17, 2007, Plaintiff's counsel advised that he

25  agreed to allow the undersigned a 30-day extension due to the heavy workload of the undersigned.

26  Plaintiff's counsel agreed to allow Defendant a 30 day extension in order to file the motion.
```

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in San Francisco, California on December 17, 2007.

By   /s/ *Jaime L. Preciado*
Jaime L. Preciado
Special Assistant United States Attorney