UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELBA T. PADAONG, | ) | No. 07-3719 SC |
| Plaintiff, | ) | <u>JUDGMENT</u> |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with this Court's Order of August 5, 2008, granting summary judgment in favor of Plaintiff Melba T. Padaong, it is hereby ORDERED, ADJUDGED and DECREED that:

Judgment shall be entered in favor of Plaintiff and against Defendant.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: August 5, 2008

_____
UNITED STATES DISTRICT JUDGE