**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF EMERYVILLE and the EMERYVILLE REDEVELOPMENT AGENCY,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELEMENTIS PIGMENTS, INC., et al.,<br><br>    Defendants. | No. C 99-03719 WHA<br><br>**ORDER SETTING DEADLINE TO RESPOND TO MOTIONS TO INTERVENE** |

Sherwin-Williams will have until **OCTOBER 15, 2008, AT 3PM** to file any response to the motions to intervene filed on October 9. This issue has already been addressed in Sherwin-Williams' pending motion and there is a necessity to keep the currently-scheduled hearing date.

**IT IS SO ORDERED.**

Dated: October 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE