| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153 |
| | Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration |
| | JAIME L. PRECIADO, SBN WI 1030911 |
| 4 | Special Assistant United States Attorney |

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MELBA T. PADAONG,       )
                 )
  Plaintiff,          ) CIVIL NO. 07-3719 SC
                 )
  v.              ) STIPULATION AND ORDER AWARDING
                 ) ATTORNEY'S FEES UNDER THE EQUAL
MICHAEL J. ASTRUE,       ) ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) AND
Commissioner of Social Security,   ) COSTS PURSUANT TO 28 U.S.C. § 1920
                 )
  Defendant.         )
_____)

  IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's attorney, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act in the amount of SIXTY-FIVE HUNDRED DOLLARS AND NO CENTS ($6,500.00) and $350.00 costs of court.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum of SIXTY-FIVE HUNDRED DOLLARS AND NO CENTS ($6,500.00) under EAJA and $350.00 costs of court shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees

and costs incurred in this action under EAJA.

    The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

                                             Respectfully submitted,

Dated: October 30, 2008              /s/ Glenn Clark
                                           (As authorized via facsimile)
                                           GLENN CLARK
                                           Attorney for Plaintiff

Dated: October 30, 2008              JOSEPH P. RUSSONIELLO
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration


                                           /s/ Jaime L. Preciado
                                           JAIME L. PRECIADO


IT IS SO ORDERED:

Dated:  October 31, 2008

                                           THE HONORABLE SAMUEL CONTI
                                           United States District Judge